

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-19-00103-CV

**HARRINGTON ENVIRONMENTAL SERVICES, LLC,**
                                                                                              **Appellant**
 **v.**

**CITY OF CLEBURNE, TEXAS AND JOHNSON COUNTY, TEXAS,**
                                                                                              **Appellees**

_____

**From the 18th District Court**
**Johnson County, Texas**
**Trial Court No. DC-C201800880**

## MEMORANDUM OPINION

Appellant, Harrington Environmental Services, LLC, appealed the trial court's Modified Temporary Injunction rendered in the case below. It has now filed Appellant's Unopposed Motion to Dismiss and requests the Court to dismiss the appeal.

Appellant's motion is granted. This appeal is dismissed. *See* TEX. R. APP. P. 42.1(a). There being no agreement of the parties as to costs, it is further ordered that costs of this appeal are taxed against appellant.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Judge Jones[1]
Appeal dismissed
Opinion delivered and filed February 19, 2020
[CV06]



---

[1] The Honorable Jack W. Jones, Judge of the 146th District Court of Bell County, sitting by assignment of the Chief Justice of the Texas Supreme Court pursuant to section 74.003(h) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74.003(h).